UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 11-11118
HON. PATRICK J. DUGGAN

JOSEPH RAFAEL JEAN,

        Petitioner,

vs.

REBECCA ADDUCCI,

        Respondent.
_____/

## ORDER GRANTING EMERGENCY MOTION TO VACATE STAY OF REMOVAL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on June 6, 2011.

This matter is before the Court on Respondent's Emergency Motion to Vacate Stay of Removal; therefore

IT IS ORDERED that the Emergency Motion to Vacate Stay of Removal be and the same is hereby GRANTED.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: June 6, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 6, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager