UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEAN RAFAEL JOSEPH,

      Petitioner,

v.

Case No. 11-11118
Honorable Patrick J. Duggan

ERIC H. HOLDER, JR., Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, and REBECCA ADDUCI, US IMMIGRATION AND CUSTOMS ENFORCEMENT DIRECTOR

      Respondents.
_____/

**JUDGMENT**

On March 17, 2011, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention pending his removal from the United States. Respondents have answered the petition. In an Opinion and Order issued on this date, the Court denied the petition.

Accordingly,

**IT IS ORDERED**, that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED**, that a certificate of appealability is **DENIED** because reasonable jurists would not find the Court's assessment of the claims asserted in

the petition debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S. Ct. 1595, 1604 (2000).

Dated:July 20, 2011                              s/PATRICK J. DUGGAN
                                                 UNITED STATES DISTRICT JUDGE

Copies to:
Rafael-Jean Joseph, #074010687
St. Clair County Jail
1170 Michigan Road
Port Huron, MI 48060

AUSA Derri T. Thomas